DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:  
   MARY S MARES  
   5585 FULTON RD  
   SANTA ROSA, CA 95403  

   ###-##-7507  
           Debtor(s).

Case No.: 10-1-3131AJ13  
Chapter 13

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**  
Date:   10/04/2010  
Time:   11:00 AM  
Place:   Office of the United States Trustee  
          777 Sonoma Ave., First Floor, #116  
          Santa Rosa, CA 95404

**CONFIRMATION HEARING:**  
Date:   11/15/2010  
Time:   1:30 PM  
Place:   United States Bankruptcy Court  
          99 South E Street  
          Santa Rosa, CA 95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Paragraph 11 of the plan indicates the lien held on real property by BAC Home Loans shall be voided. The Trustee requests that debtor's Motion to Avoid Lien is filed and resolved prior to confirmation.

2. The Trustee requests that debtor provide a copy of the most recent appraisal for real property located at 5585 Fulton Road, Santa Rosa, CA.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: September 15, 2010                <u>DAVID BURCHARD                   </u>  
                                                         DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MARY S MARES
5585 FULTON RD
SANTA ROSA, CA 95403

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated:  September 15, 2010              WENDY KARNES
                                        WENDY KARNES