Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No.    10-13131

Mary Mares                               Chapter     13
               Debtor(s)
_____/

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO

VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE

TO SECURED JUNIOR LIENHOLDER BAC HOME LOAN SERVICING,

CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND TO THEIR

ATTORNEYS OF RECORD:

       Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.

//

1  This scream or die procedure is prescribed by Local Rule 9014-1 of the

2  United States Bankruptcy Court for the Northern District of California. Under this

3  procedure <u>any objection to the requested relief, or a request for hearing on the matter,</u>

4  <u>must be filed and served upon the initiating party within 21 days of mailing of the</u>

5  <u>notice;</u>

6  A request for hearing or objection must be accompanied by any declarations

7  or memoranda of law the party objecting or requesting wishes to present in support of

8  its position;

9  <u>If you do not file a timely objection to the requested relief or a request for a</u>

10 <u>hearing, the Court may enter an order granting the relief by default;</u>

11 Debtor will give at least 10 days written notice of a hearing to the objecting or

12 requesting party, and to the trustee appointed in the case, in the event an objection or

13 request for hearing is timely.

14

15 Date: November 9, 2010          /s/Dan Beck_____
                                    Dan Beck
16                                  Attorney for Debtor

```
 1  Daniel B. Beck, SBN 63865
    Evan Livingstone, SBN 252008
 2  Beck Law P.C.
    2681 Cleveland Avenue
 3  Santa Rosa CA 95403
    Phone: 707-576-7175
 4  Fax: 707-576-1878

 5  Attorneys for Debtors

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10   In re:                              Case No.    10-13131

11   Mary Mares                          Chapter     13
                Debtor(s)
12   _____/

13                        CERTIFICATE OF SERVICE

14        I hereby certify that on November 9, 2010, a copy of above NOTICE OF

15  OPPORTUNITY FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF

16  SECURED CREDITOR AS $0 AND AVOID LIEN as well as a copy of Debtor(s) MOTION

17  TO VALUE LIEN OF SECURED CREDITOR AS $0 AND AVOID LIEN, was served, to the

18  Chapter 13 Trustee, electronically and to the creditor listed below by certified mail addressed to

19  an officer of the institution.

20          Brian Moynihan
            CEO and President
21          BAC Home Loans Servicing, LP
            Mail Stop: CA6-919-01-23
22          400 National Way
            Simi Valley, CA 93065
23
                                           /s/ Evan Livingstone
24  Date: November 9, 2010               _____
                                           Evan Livingstone
```

10-13131 - Notice and Opportunity for Hearing on Motion to Value Lien at $0 and Avoid Lien Upon Discharge – Page 1