Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-13131 |
| Mary S Mares | Chapter 13 |
| Debtor(s) | |
| _____/ | |

REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION

TO VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE

On 11/09/2009 Debtor filed a motion to value the lien of BAC Home Loan Servicing (hereinafter Lienholder) against the property commonly known as 5585 Fulton Rd, Santa Rosa, CA 95403, Sonoma County AP #259-230-055-000, which lien was recorded in the Sonoma County Recorder's Office on or about 3/7/2007 as document 2007026061 (hereinafter the Lien). Lienholder having failed to file timely opposition to Debtor's motion, Debtor requests that the court grant the attached proposed order by default.

Date: December 17, 2010         /s/Dan Beck_____
                                Dan Beck
                                Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Case No.    10-13131

Mary S Mares                                        Chapter     13
        Debtor(s)
_____/

PROPOSED ORDER GRANTING MOTION TO VALUE LIEN

AS $0 AND AVOID LIEN UPON DISCHARGE OF DEBTOR

On 11/09/2009 Debtor filed a motion to value the lien of BAC Home Loan Servicing (hereinafter Lienholder) against the property commonly known as 5585 Fulton Rd, Santa Rosa, CA 95403, Sonoma County AP #259-230-055-000, which lien was recorded in the Sonoma County Recorder's Office on or about 3/7/2007 as document 2007026061 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

1  (3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien, and Junior Lienholder shall re-convey the Junior Lien's Deed of Trust to debtors.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

END OF ORDER

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                      Case No.    10-13131

Mary S Mares                            Chapter     13
          Debtor(s)
_____/

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, a copy of above as well as a copy of REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE Debtor(s) PROPOSED ORDER ON MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0 AND AVOID LIEN, was served, to the United States Trustee, the Chapter 13 Trustee, electronically, and to the creditor listed below by first class mail.

Brian Moynihan
CEO and President
BAC Home Loans Servicing, LP
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

Date: December 17, 2010                /s/Evan Livingstone_____
                                             Evan Livingstone